### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**STEVEN D. RITCHIE, an individual and H. DAVID REYNARD, as Trustee for The Harlie David Reynard, Jr., Revocable Trust under agreement dated 9/22/98,**

          **Plaintiffs,**

v.                              Case No.  8:06-cv-2130-T-30TBM

**CALIFORNIA EXOTIC NOVELTIES, LLC, a California Limited Liability Company and SUSAN S. COLVIN, Pres. California Exotic Novelties, LLC, an individual, residing in California,**

          **Defendants.**
_____/

### ORDER OF DISMISSAL

Before the Court is the Plaintiffs' Motion to Dismiss Action Without Prejudice (Dkt. #4) . Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Said Motion (Dkt. #4) is GRANTED.
2. This cause is dismissed without prejudice.
3. All pending motions are denied as moot.
4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 15, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-2130.dismissal 4.wpd